UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------

Larry Jacobson,
        Plaintiff,

  -vs-

Irwin and Linda Gellman, et. al.:
        Defendants.

-----------------------------------

**ORDER**

CV-05-4812 (FB) (SMG)

On December 7, 2005 plaintiff's counsel filed a letter informing the Court that defendants Irwin and Linda Gellman, filed for Bankruptcy,

IT IS ORDERED that the case is administratively closed, as to the above mentioned defendant only, subject to reopening on the application of any party if the bankruptcy proceeding is terminated without disposing of the claims asserted therein.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       December 13, 2005

CC.: Zachary Leeds, Esq.