UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LARRY JACOBSON, as Chairman of the Joint
Industry Board of the Electrical Industry,

                              Plaintiff,

      - against -

DECORA ELECTRIC CO., INC., IRVING
GELLMAN, and LINDA GELLMAN,

                             Defendants.

-----------------------------------------------------------------x

Case No.
05-CV-4812 (FB)(SMG)

## DEFAULT JUDGMENT
### As to Defendant Decora Electric Co., Inc.

WHEREAS, in accordance with the Memorandum and Order entered by Senior District Judge Frederic Block on July 11, 2007, adopting the Report and Recommendation of Magistrate Judge Steve M. Gold, with one modification as set out in the Order, it is hereby

ORDERED, ADJUDGED AND DECREED that

Defendant Decora Electric Co., Inc. is liable and shall pay the amount of $318,229.52 in damages to Plaintiff, which amount represents the unpaid contributions and delinquencies of the Company, together with interest, an additional statutory award, and attorneys' fees and costs as required under Section 502(g)(2) of ERISA, 29 U.S.C.§1132(g)(2), as follows:

      a.      $200,411.10 in unpaid contributions; and

      b.      $42,687.34 in unpaid 401(k) Plan contributions; and

      c.      $544.87 for the 401(k) Plan delinquency; and

      d.      $33,960.33 in interest, calculated through August 6, 2007; and

- 2 -

    e.    $33,960.33 in an additional statutory award equal to interest on the unpaid contributions; and

    f.    $6,665.55 in attorneys' fees and costs for the prosecution of this action.

SO ORDERED.

Dated: August 14, 2007
Brooklyn, New York

s/Robert C. Heinemann

_____
Clerk of Court